UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-110 |
| VERSUS | SECTION: "R" |
| LERTRICE JOHNSON (BOND) | VIOLATION:<br>18 USC § 371<br>18 USC § 1341<br>18 USC § 2 |

### NOTICE OF SENTENCING
(Previously set for November 29, 2022)

Take Notice that this criminal case has been set for SENTENCING on MARCH 1, 2023 at 10:30 A.M., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C-279, New Orleans, LA 70130.

**The Court hereby orders that any request for the imposition of a non-guideline sentence comply with the deadlines established in LCrR 32.1.1 and 32.1.2 regarding the submission of motions or letters requesting departures from the Sentencing Guidelines**

| | |
|---|---|
| Date: November 22, 2022 | CAROL L. MICHEL, CLERK |
| | by: Cherie Stouder, Case Manager |
| TO: Lertrice Johnson (Bond) | AUSA: Brandon Long, T.A.<br>Email: brandon.long@usdoj.gov |
| **COUNSEL FOR JOHNSON:**<br>John Garrison Jordan<br>*Chehardy, Sherman, Williams, Murray, Recile, Stake (Hammond)*<br>111 N. Oak Street, Suite 200<br>Hammond, LA 70401<br>Email: jgj@chehardy.com | U.S. Marshal<br><br>U.S. Probation & Pre-Trial Services Unit<br><br>**JUDGE VANCE & MAGISTRATE**<br><br>**COURT REPORTER COORDINATOR**<br>**INTERPRETER: NO** |
| **If you change address, notify clerk of court by phone, 504-589-7683** | S/A Robert Orvin, FBI<br>neworleans@ic.fbi.gov |