# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    CRIMINAL

**VERSUS**                    **NO.21-110**

**LERTRICE JOHNSON**                    **SECTION R(2)**

## ORDER RESETTING SENTENCING

Because of a conflict in the Court's calendar,

IT IS ORDERED that the Sentencing scheduled for Wednesday, May 3, 2023, at 10:30 a.m. before Judge Sarah Vance will be held at **10:30 a.m.** on **Wednesday, June 21, 2023.**

**New Orleans, Louisiana, this 28th day of April, 2023.**

_____

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**