MINUTE ENTRY
VANCE, J.
JULY 19, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 21-110 |
| LERTRICE JOHNSON (BOND) | SECTION: R |

CASE MANAGER: DEAN OSER
COURT REPORTER: ALEXIS VICE
LAW CLERK: SOPHIE LIPMAN

### SENTENCING HEARING

APPEARANCES:  LERTRICE JOHNSON, DEFENDANT
JOHN GARRISON JORDAN, COUNSEL FOR DEFENDANT
BRANDON LONG, ASSISTANT U.S. ATTORNEY
SHALITA MORGAN, U.S. PROBATION OFFICER

Court begins at 10:41 a.m.
All present and ready.
Defendant present for sentencing as to Count 1 of the Indictment.
Government's Motion for 3-Level Reduction, GRANTED.
Statement by defendant in mitigation of sentence.
Statement by counsel for defendant in mitigation of sentence.
Motion by defendant for downward variance, GRANTED.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Government orally moves to dismiss the remaining count, GRANTED.
Defendant released on bond to self-surrender on October 23, 2023, at 12:00 p.m. (noon).
Counsel thanked and excused.
Court adjourned at 10:56 a.m.

JS-10: 00:15