**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  Oct 4 2024

CAROL L. MICHEL
CLERK

SMS ___ Walk-In ___

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**             **CRIMINAL ACTION**

**VERSUS**                                No. **21-CR-110**

**LERTRICE M JOHNSON**                    SECTION: **R(2)**
**DEFENDANT**

MOTION **Reduce Restitution**

Your Honor Judge S. Vance can you please reduce my restitution so I can afford to pay monthly I am currently unemployed due to my mental disorder which I still undergoing Treatment befour and after incarceration I have filed for my disabilty/early retirements Please give me a reduction I am having a hard time making payments and I don't want to Be in refusal Thank you in advance

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20____.

_____
(SIGNATURE)

_Lertrice Johnson_
(Signature)

Lertrice M Johnson
(Name)

7520 Garfield Street
(Address)

New Orleans    LA    70118
(City)        (State)   (Zip)

(504) 527-3433
(Telephone)

_____
(Signature Date)