UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **NO. 21-CR-00110** |
| VS. | * | SECTION: "R" |
| **LERTRICE JOHNSON** | * | MAGISTRATE ( ) |
| | * * * | |

## CERTIFICATION

I, ___Churita H. Hansell___, the undersigned Assistant United States Attorney hereby certifies that the victims were notified of the modification of the Defendant's restitution payment schedule via the Victim Notification System on the 29th day of January, 2025

Respectfully Submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ Churita H. Hansell*
CHURITA H. HANSELL (25694)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 589-4014
Email: *Churita.Hansell@usdoj.gov*